David E. De Lorenzi
Andrew M. Grodin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Telephone: 973.596.4500

*Of Counsel*

Jeffrey G. Knowles*
Julia D. Greer*
Jonathan M. Eldan*
**COBLENTZ, PATCH, DUFFY & BASS LLP**
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

\**Pro hac vice* admissions to be filed

*Attorneys for Defendant*
*SPD SWISS PRECISION DIAGNOSTICS GmbH*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH & DWIGHT CO., INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GmbH,<br><br>          Defendant. | Case No.: 3:10-CV-00453 (JAP) (TJB)<br><br>*Document electronically filed*<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities:

#1501816 v1
109088-66019

1.      Have a financial interest in the subject matter in controversy or in a party to the proceeding, or

2.      Have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Inverness Medical Innovations, Inc. and Procter & Gamble Co.

Dated:  March 19, 2010                                      **GIBBONS P.C.**

s/ Andrew M. Grodin
Andrew M. Grodin, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone (973) 596-4553
Facsimile (973) 639-8355
*Attorneys for Defendant*
agrodin@gibbonslaw.com
